*Henry Waldman* and *Lester J. Waldman* for appellant.
*Ralph Shapiro* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

LEOPOLD D. STERN, Appellant, *v.* BRISTOL CORPORATION, Defendant, and THEODORE E. TOLSON, JR., et al., Respondents.

Argued November 17, 1948; decided December 2, 1948.

*Abraham J. Halprin, Samuel Mezansky* and *Jack M. Perlman* for appellant.

*George J. Conway* and *Benjamin Pepper* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.